VICKIE OLE SMITH
420 BARHAM ST
PHILADELPHIA, MS 39350

LENDINGPOINT LLC.
ATTN: BANKRUPTCY
1201 ROBERTS BLVD NW
SUITE 200
KENNESAW, GA 30144

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

NELNET
PO BOX 82561
LINCOLN, NE 68501

TSI
ATTN: BANKRUPTCY
PO BOX 15130
WILMINGTON, DE 19850

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

OKINUS
147 W. RAILROAD ST. S
PELHAM, GA 31779

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508'

PERIOPERATIVE SERVICES
234 E. CAPITOL ST
JACKSON, MS 39201

USDA
ATTN: BANKRUPTCY DEPT
PO BOX 66889
ST. LOUIS, MO 63166

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

PROFESSIONAL COLLECTIONS
5156 RIVER ROAD
SUITE I
COLUMBUS, GA 31904

USDA RURAL DEVELOPMENT
C/O US ATTORNEY
501 E COURT ST
STE 4.401
JACKSON, MS 39201

DELIQUINTON PIPPEN
420 BARHAM ST
PHILADELPHIA, MS 39350

PROGRESSIVE LEASING
256 W DATA DR
DRAPER, UT 84020

VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802

DISH NETWORK
PO BOX 105169
ATLANTA, GA 30348-5169

SELFINC/LEAD
ATTN: BANKRUPTCY
PO BOX 11
SOUTHLAKE, TX 76092

WALNUT GROVE
P.O. BOX 96
WALNUT GROVE, MS 39189

EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016

SEVENTH AVE
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566

FOURSIGHT CAPITAL, LLC
ATTN: BANKRUPTCY
PO BOX 45026
SALT LAKE CITY, UT 84145

SUNRISE CREDIT SERVICES
ATTN: BANKRUPTCY
PO BOX 9004
MELVILLE, NY 11747