# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| KNDPUCAF0P7191184 | KIA | 2023 | SPORTAGE | UV | MS0382111488 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 05/19/2026 | | 4 | USED | PC | 47969 ACTUAL |

**OWNER(S)**

SMITH, VICKIE
420 BARHAM ST
PHILADELPHIA MS 39350-3604

**BRANDS**

**BENEFICIARY**

☐ **Fully Autonomous Vehicle**

**1ST LIENHOLDER**

EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177-0677

**DATE** 05/09/2026

**2ND LIENHOLDER**

**DATE**

**MAIL TO**

M106-14

EXETER FINANCE
PO BOX 677
WILMINGTON OH 45177-0677

**LIEN SATISFACTION** THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

| | | | | | |
|---|---|---|---|---|---|
| 1ST LIEN | ______________ (LIENHOLDER) | | | BY | ______________ (SIGNATURE AND TITLE) |
| THIS | ______________ | DAY OF | ______________ | 20____ | |
| 2ND LIEN | ______________ (LIENHOLDER) | | | BY | ______________ (SIGNATURE AND TITLE) |
| THIS | ______________ | DAY OF | ______________ | 20____ | |

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 19TH DAY OF MAY 20 26

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

CONTROL NUMBER

O 07110539

**MISSISSIPPI DEPARTMENT OF REVENUE**

VOID IF ALTERED

*****NOTICE ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW*****

Federal and State Law requires that you state the mileage in connection with the transfer of ownership Failure to complete or providing a false statement may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name ______________________ Address ______________________

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

______________________
ODOMETER READING (No Tenths)

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits

☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

**SELLER**
Signature(s) ______________________ Printed Name(s) ______________________ Date of Sale __________

I am aware of the above odometer certification made by seller

**BUYER**
Signature(s) ______________________ Printed Name(s) ______________________

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name ______________________ Address ______________________

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

______________________
ODOMETER READING (No Tenths)

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits

☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) ______________________ Printed Firm Name ______________________ Date of Sale __________

I am aware of the above odometer certification made by seller

**BUYER**
Signature(s) ______________________ Printed Name(s) ______________________

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name ______________________ Address ______________________

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

______________________
ODOMETER READING (No Tenths)

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits

☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) ______________________ Printed Firm Name ______________________ Date of Sale __________

I am aware of the above odometer certification made by seller

**BUYER**
Signature(s) ______________________ Printed Name(s) ______________________

## THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address with warranty to be free of all encumbrances except as shown at bottom of page

Name ______________________ Address ______________________

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

______________________
ODOMETER READING (No Tenths)

**CAUTION** READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1 The mileage stated is in excess of its mechanical limits

☐ 2 The odometer reading is not the actual mileage WARNING ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) ______________________ Printed Firm Name ______________________ Date of Sale __________

I am aware of the above odometer certification made by seller

**BUYER**
Signature(s) ______________________ Printed Name(s) ______________________

## LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of ______________________

whose address is ______________________

**SCRAPPED DISMANTLED OR DESTROYED VEHICLE** This is to be filled in by Vehicle Owner Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped dismantled or destroyed on __________ 20____

______________________
Owner's Signature