**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| In re: | Case No.: 26-02204-JAW |
| Vickie Ole Smith, | Chapter: 13 |
| Debtor. | |

**AGREED ORDER ON OBJECTION OF EXETER FINANCE LLC**
**<u>TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>**

The Court has before it Exeter Finance LLC's ("Exeter") Objection to Confirmation of Debtor's Chapter 13 plan (Dkt. #18) set for hearing on November 16, 2026. The parties have announced settlement and request the Court to approve same.

Exeter's Claim related to that 2023 Kia Sportage bearing Vehicle Identification Number KNDPUCAF0P7191184 (the "'Collateral") [Claim 4] shall be paid pursuant to Exeter's Proof of Claim, with 8.5% interest. Additionally Exeter's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Exeter Finance LLC*

*/s/ Semoune Ellis*
Attorney for Torri Parker Martin
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
Womble Bond Dickinson (US) LLP
1222 Demonbreun, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1840
chris.meyer@wbd-us.com