United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02204-JAW
Vickie Ole Smith Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 1
Date Rcvd: Nov 13, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vickie Ole Smith, 420 Barham St, Philadelphia, MS 39350-3604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC chris.meyer@wbd-us.com wbdconsumerbankruptcynotices@wbd-us.com;tina.washington@wbd-us.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Vickie Ole Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| In re: | Case No.: 26-02204-JAW |
| Vickie Ole Smith, | Chapter: 13 |
| Debtor. | |

**AGREED ORDER ON OBJECTION OF EXETER FINANCE LLC**
**<u>TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN</u>**

The Court has before it Exeter Finance LLC's ("Exeter") Objection to Confirmation of Debtor's Chapter 13 plan (Dkt. #18) set for hearing on November 16, 2026. The parties have announced settlement and request the Court to approve same.

Exeter's Claim related to that 2023 Kia Sportage bearing Vehicle Identification Number KNDPUCAF0P7191184 (the "'Collateral") [Claim 4] shall be paid pursuant to Exeter's Proof of Claim, with 8.5% interest. Additionally Exeter's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Exeter Finance LLC*

*/s/ Semoune Ellis*
Attorney for Torri Parker Martin
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
Womble Bond Dickinson (US) LLP
1222 Demonbreun, Suite 1201
Nashville, TN 37203
Telephone: (629) 312-1840
chris.meyer@wbd-us.com